UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Sami Aboukheir,**  <br><br>       **Plaintiff,**  <br>    v.  <br><br>**Kacon Global Services LLC, Obinna Achonu, Idongesit Andrew Awak, Sources Resources LLC, Henry Ikechukwu Nwaiwu, Nisema World LLC, Nelson Oluyemi Hambolu, Gincol Investment Inc., Iheaku Izunna, Charles Iroha, Nneamaka Nwonye, and Geoffrey Uche Nnaji,**  <br><br>       **Defendants.** | 23-cv-15615  <br><br>Hon. Thomas M. Durkin |

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
AGAINST HENRY IKECHUKWU NWAIWU AND
<u>SOURCES RESOURCES LLC (dkt. 51)</u>**

This matter, coming to be heard on the Plaintiff's motion, this Court having jurisdiction and due notice being given all parties entitled thereto, the Plaintiff's Motion for Default Judgment against Henry Ikechukwu Nwaiwu and Sources Resources LLC, is GRANTED, and:

1. The Court finds that there is no just reason to delay entry of default judgment against Henry Ikechukwu Nwaiwu and Sources Resources LLC.

2. Default judgment is granted in favor of Sami Aboukheir, and against Henry Ikechukwu Nwaiwu and Sources Resources LLC, on count eight of Sami Aboukheir's amended complaint against them (dkt. 27).

3. Judgment is entered in favor of Sami Aboukheir, and against Henry Ikechukwu Nwaiwu and Sources Resources LLC, jointly and severally, in the amount of $15,000.00.

Dated: November 12, 2024

*Thomas M Durkin*
_____
Hon. Thomas M. Durkin

Prepared by:
Justin Storer (6293889)
**FACTORLAW**
105 W. Madison Street, Suite 2300
Chicago, IL 60602
Tel: (312) 878-6976
Fax: (847) 574-8233
E-mail: jstorer@wfactorlaw.com