UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Sami Aboukheir,** | |
| Plaintiff, | |
| v. | 23-cv-15615 |
| **Martin Eziwiwe,** *et al.*, | Hon. April Perry |
| Defendants. | |

### STIPULATION DISMISSING CHARLES IROHA

Plaintiff Sami Aboukheir, and Defendant Charles Iroha, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the voluntary dismissal of the above-captioned adversary proceeding as to Charles Iroha, with each party to bear its own costs and attorneys' fees.

Dated: January 31, 2025          **Sami Aboukheir,**

                                 By: */s/ Justin R. Storer*
                                 Justin R. Storer
                                 One of his Attorneys

                                 **Charles Iroha**,

                                 By: */s/ Te D. Smith*
                                 Te D. Smith
                                 One of his Attorneys

Prepared by:
Justin R. Storer (ARDC 6293889)
**FACTORLAW**
105 W. Madison, Suite 2300
Chicago, IL 60602
Tel:     (312) 373-7226
Email:  jstorer@wfactorlaw.com