UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Sami Aboukheir,** Plaintiff, v. **Martin Eziwiwe,** *et al.*, Defendants. | 23-cv-15615 Hon. April Perry |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Sami Aboukheir, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, now voluntarily dismisses the above-captioned action.

Dated: April 30, 2025            **Sami Aboukheir,**

By: */s/ Justin R. Storer*
Justin R. Storer
One of his Attorneys

Prepared by:
Justin R. Storer (ARDC 6293889)
**FACTORLAW**
105 W. Madison, Suite 2300
Chicago, IL 60602
Tel:    (312) 373-7226
Email:  jstorer@wfactorlaw.com

—1—